UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JEJUAN SIMS,

         Plaintiff,

v.                         CASE No.: 8:18-cv-2397-T-33SPF

TAMPA POLICE DEPARTMENT,

         Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the
Report and Recommendation of the Honorable Sean P. Flynn,
United States Magistrate Judge (Doc. # 6), filed October 29,
2018. Judge Flynn recommends Plaintiff Jejuan Sims's Motion
to Proceed *in forma pauperis* (Doc. # 2) be denied and Sims's
Complaint be dismissed without prejudice, with leave to
amend.  Specifically, Judge Flynn recommends that Jejuan be
authorized to file an Amended Complaint that sets forth a
factual basis for the Court's jurisdiction and for his claims.
No objections have been filed, and the time for the submission
of objections has expired.

**Discussion**

A district judge may accept, reject or modify the
magistrate judge's report and recommendation after a careful

and complete review of the findings and recommendations has been conducted. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). The district judge will review legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636 (b)(1)(C).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to the matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The Report and Recommendation (Doc. # 6) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff Jejuan Sims's Motion to Proceed *in forma pauperis* (Doc. # 2) is **DENIED**.

(3) Sims's Complaint (Doc. # 1) is **DISMISSED** without prejudice.

(4) Sims is authorized to file an Amended Complaint that corrects the issues identified in the Report and Recommendation by **December 5, 2018**, failing which the Court will dismiss and close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of November, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE